IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARK ELLIS MILLER, | \* |
| Plaintiff, | \* |
| v. | Case No.  5:22-cv-307-MTT-MSH |
| | \* |
| JOHN OR JANE DOE, et al., | |
| | \* |
| Defendants. | |
| _____ | \* |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 19, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 19th day of October, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk